UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD F. KUHN,                                No. 16-10861

        Plaintiff,                           District Judge John Corbett O'Meara

v.                                              Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## REPORT AND RECOMMENDATION

This is a Social Security Disability appeal brought under 42 U.S.C. § 405(g). It has been referred for a Report and Recommendation under 28 U.S.C. § 636(b)(1)(B).

### I.  BACKGROUND

Plaintiff Richard F. Kuhn, who is proceeding without counsel, filed a motion for summay judgment on December 1, 2016 [Doc. #15]. On February 2, 2017, Defendant Commissioner filed a motion to remand pursuant to Sentence Four of 42 U.S.C. § 405(g), agreeing that "further administrative action is warranted," and seeking a remand in which "the Commissioner will obtain opinion evidence from a medical expert, reassess whether Plaintiff's impairments satisfy the requirements of listing 4.02, and issue a new decision." [Doc. #19]. On February 6, 2017, I ordered the Plaintiff to respond to the motion to remand [Doc. #20], and on February 22, 2017, the Plaintiff filed a response, stating "that Plaintiff agrees to a remand to reconsider his application for Social Security Benefits" [Doc. #21].

## II.  CONCLUSION

Since the parties are in agreement as to the necessity for a remand to the administrative level for a new decision, I recommend that the Defendant's motion to remand [Doc. #19] be GRANTED, that the case be remanded to the administrative level, pursuant to Sentence Four of 42 U.S.C. § 405(g), and that on remand, the Commissioner will obtain opinion evidence from a medical expert, reassess whether Plaintiff's impairments satisfy the requirements of listing 4.02, reconsider Plaintiff's application for Social Security Disability benefits, and issue a new decision.

Because Plaintiff is obtaining the remedy which he seeks and to which he has agreed, I further recommend that his motion for summary judgment [Doc. #15] be DENIED AS MOOT.

Any objections to this Report and Recommendation must be filed within 14 days of service of a copy hereof as provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985); *Howard v. Secretary of HHS,* 932 F.2d 505 (6th Cir. 1991); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  Filing of objections which raise some issues but fail to raise others with specificity will not preserve all the objections a party might have to this Report and Recommendation.  *Willis v. Secretary of HHS,* 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Within 14 days of service of any objecting party's timely filed objections, the opposing party may file a response. The response shall be not more than 20 pages in length unless by motion and order such page limit is extended by the court. The response shall address specifically, and in the same order raised, each issue contained within the objections.

Dated: June 28, 2017
        s/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

### CERTIFICATE OF SERVICE

I hereby certify on June 28, 2017 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants June 28, 2017.

        s/Carolyn M. Ciesla
        Case Manager for the
        Honorable R. Steven Whalen