UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD F. KUHN,

        Plaintiff,                  Case no. 16-10861
                                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge R. Steven Whalen's June 28, 2017 report and recommendation. No objections have been filed by the parties. The court having reviewed the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that the case is REMANDED pursuant to Sentence Four of 42 U.S.C. § 405(g), consistent with the report and recommendation.

s/John Corbett O'Meara
					United States District Judge

Date: August 4, 2017

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 4, 2017, using the ECF system and/or first class U.S. mail.

					s/William Barkholz
					Case Manager